NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JAVIER GALLARDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION; U.S. BANK NATIONAL ASSOCIATION, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.:  SACV08-01395 AHS (ANx)<br>Hon. Alicemarie H. Stotler<br>Courtroom 10A – Santa Ana<br>Complaint filed: November 5, 2008<br><br>**JUDGMENT** |

The motions of Defendant U.S. BANK, NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust, 2005-11 to dismiss Plaintiff Javier Gallardo's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted and to expunge lis pendens were set to be heard on February 9, 2009.  The Court found the matters suitable for ruling without oral argument.

There having been no opposition to defendants' motion, as more fully set forth in the Court's order dated January 30, 2009:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion to dismiss is granted without prejudice.  Plaintiff's complaint is dismissed

1 as to U.S. BANK, NATIONAL ASSOCIATION, as Trustee for the Structured
2 Asset Investment Loan Trust, 2005-11 without prejudice.  Plaintiff is to recover
3 nothing from the U.S. BANK, NATIONAL ASSOCIATION, as Trustee for the
4 Structured Asset Investment Loan Trust, 2005-11.

5     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
6 motion to expunge lis pendens is granted.  The Notice of Pendency of Action (Lis
7 Pendens) recorded on November 7, 2008 in the Official Records of the Orange
8 County Recorder's Office as Instrument Number 2008000524877 is hereby
9 expunged.

12 DATED:  March 10, 2009.

## ALICEMARIE H. STOTLER

HONORABLE ALICEMARIE H. STOTLER